THOMAS W. HARRIS, as Assignee, etc., Respondent, *v.* LAVINIA TAYLOR, Appellant.

(Submitted November 25, 1884; decided December 9, 1884.)

*Josiah T. Marean* for appellant.

*Edward S. Hatch* for respondent.

Agree to dismiss appeal on the ground that upon the circumstances disclosed by the papers, the order appealed from was discretionary. No opinion.

All concur.

Appeal dismissed.